UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO: 1:23-cv-24771- DAMIAN

ERNESTO LALOR, an individual, JOSEFINA RUIZ LUQUE, an individual, MARTIN MELHEM, an individual, GUSTAVO ARCHAIN, an individual, IGNACIO ARCHAIN, an individual, and GUILLERMO DE JULIO, an individual,

Plaintiffs,

v.

MATIAS COSTANTINI, an individual, JUAN CRUZ TALIA BROWN, an individual, JONATHAN CULLEY, an individual, ALBERTO SAN MIGUEL, an individual, CAPITAL FORCE LLC, a Delaware limited liability company, CAPITAL FORCE F1 LLC, a Delaware limited liability company, and VEHICLE SOLUTIONS CF LLC, a Florida limited liability company,

Defendants.

**JOINT NOTICE OF DISMISSAL WITH PREJUDICE**

Individual Defendants/Third-Party Plaintiffs, MATIAS COSTANTINI, JUAN CRUZ TALIA BROWN, and JONATHAN CULLEY (the "**Individual Defendants**"), and through their counsel and pursuant to the negotiated Settlement Agreement with Crossclaim Defendant ALBERTO SAN MIGUEL ("**San Miguel**") and Third-Party Defendant MARCELO MALVICINO ("**Malvicino**"), give notice of the dismissal, with prejudice, of all claims set forth in Individual Defendants' Crossclaim against San Miguel and Individual Defendants' Third-Party Complaint against Malvicino. As set forth in the negotiated Settlement Agreement between the

parties, each party shall bear its own fees, including attorneys' fees, and costs. The Court retains jurisdiction as necessary to enforce the Parties' Settlement Agreement.

Dated: May 21, 2025

Respectfully submitted,


| DUANE MORRIS LLP | ERRA LAW |
|---|---|
| *Counsel for Individual Defendants Matias Costantini, Juan Cruz Talia Brown, and Jonathan Culley*<br>201 South Biscayne Boulevard, Suite 3400<br>Miami, Florida 33131<br>T.: 305.960.2200<br>F.: 305.397.1874<br><br>By: */s/ Morgan L. Swing*<br>Phillip M. Hudson, III, Esq.<br>Florida Bar No.: 518743<br>pmhudson@duanemorris.com<br>Morgan L. Swing, Esq.<br>Florida Bar No. 17092<br>MLSwing@duanemorris.com | *Counsel for Third-Party Defendants Alberto San Miguel and Marcelo Malvicino*<br>2601 S. Bayshore Dr.<br>18th Floor<br>Coconut Grove, Florida 33131<br>Phone: (561) 835-2111<br><br>By: */s/ Carlos Rodriguez*<br>Carlos Rodriguez<br>Fla Bar No. 97655<br>CR@erralaw.com |